IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**                                                                                **PLAINTIFF**

**VS.**                                         **4:21-CV-00812-BRW**

**MORRILTON POLICE DEPARTMENT,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 16th day of September, 2021.


                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE